No. 375. WESTERN UNION DIVISION, COMMERCIAL TELEGRAPHERS' UNION, A. F. OF L., *v.* UNITED STATES ET AL.
*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *McLean Trucking Co.* v. *United States,* 321 U. S. 67. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS took no part in the con-

sideration or decision of this case. *Frank Bloom* for appellant. *Solicitor General Perlman* and *Benedict P. Cottone* for the United States and the Federal Communications Commission; and *John H. Waters, William G. H. Acheson* and *Dale D. Drain* for the Western Union Telegraph Co., appellees.